Hare, Judge.
 

 I think the decree in this case is ag final as the Court intended to make it. The parties are refei’red to the decision of another Court for its final consummation; and whether execution should issue for one
 
 *423
 
 .sum or another, was made to depend upon that decision; and when the record from the Court where the attachment was depending“(under which
 
 John Collins
 
 had been summoned as garnishee) should be produced, it would make no alteration in the decree, but merely enable the Court to direct for what sum execution should issue. I therefore think a bill of review will lie to reverse the decree, and that the decree ought to be reversed, and a decree-entered for the complainants.
 

 Tayzor, Chief Justice, and Henderson, Judge, concurred.